BLEAKLEY TRANSPORTATION Co., INC., Appellant, *v.* TOMKINS COVE STONE Co., INC., Respondent. (Actions 1 and 2.)

(Argued December 1, 1932; decided December 16, 1932.)

*Jay Leo Rothschild, William F. Purdy* and *Louis Rivkin* for appellant.

*James M. Gorman* and *Richard F. Lenahan* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.